Kate M. Albert
Chermol & Fishman, LLC
11450 Bustleton Avenue
Philadelphia, PA 19116
P: 215-464-7200
fdc@ssihelp.us
*Attorney for Plaintiff Appellant (Pro Hac Vice)*

Diane C Haar
HI Bar I.D. No. 009367
Hawaii Disability Legal Services
1188 Bishop Street, Ste 2002
Honolulu, HI 96813
P: 808-536-8074
dhaar@hawaiidisabilitylegal.com
*Attorney for Appellant (Local Counsel)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DONNA DARLENE BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:25-cv-00151-SASP-WRP |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S
UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL
ACCESS TO JUSTICE ACT

NOW, this 27th day of August 2025, having considered Plaintiff's

Unopposed Motion for Attorney's Fees, it is hereby FOUND AND

RECOMMENDED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of $8,562.56 and costs in the amount of $405.00.  See ECF No. 17.  Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC.  If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of Kate Albert, Esquire.  All payments in accordance with this order should be submitted via electronic funds transfer (EFT) and directed to the care of Plaintiff's attorney.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, August 27, 2025.



_____
Wes Reber Porter
United States Magistrate Judge

Berry v. Bisignano, CV 25-151 SASP-WRP; FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT